## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:17-CV-1093-ORL-31-GJK

Plaintiff:
**JOEL PRICE**

vs.

Defendant:
**WINN-DIXIE STORES, INC. D/B/A WWW.WINNDIXIE.COM**

For:
Scott R. Dinin, Esq.
LAW OFFICES OF SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, FL 33127

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2017 at 1:10 pm to be served on **WINN-DIXIE STORES, INC. C/O CORPORATION SERVICE COMPANY AS REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MARY GREEN, do hereby affirm that on the **21st day of June, 2017** at **9:45 am**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of WINN-DIXIE STORES, INC. C/O CORPORATION SERVICE COMPANY AS REGISTERED AGENT at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MARY GREEN
Certified Process Server #243

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2017005038

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e